**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED**
**AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN**
**ACCORDANCE WITH RULE 221, Pa.R.D.E.**

**New**

**Name Change**

484 Muncy Bank & Trust Company (The) – Change to 191 First Columbia Bank & Trust Company

**Platinum Leader Change**

**Correction**

**Removal**

October 2023